**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**German XINGU–GUTIERREZ,**
**Defendant—Appellant.**

**No. 06–30216.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 13, 2007.*

Filed Aug. 22, 2007.

Helen J. Brunner, Esq., Annette L. Hayes, Esq., Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

William T. Hines, Esq., Seattle, WA, for Defendant–Appellant.

Before: KLEINFELD, SILVERMAN, and M. SMITH, Circuit Judges.

**MEMORANDUM ***

German Xingu–Gutierrez appeals from the 23–month and one-week sentence im-

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

posed following his guilty-plea conviction for unlawful entry by eluding examination and inspection by immigration officers, in violation of 8 U.S.C. § 1325(a)(2). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Xingu–Gutierrez contends that the district court erred by not articulating on the record its consideration of the factors set forth in 18 U.S.C. § 3553(a). Because the record reflects that Xingu–Gutierrez and the government agreed upon a proposed sentence, and the district court set forth "a reasoned basis" for the sentence, we conclude that the district court did not err. *See Rita v. United States,* — U.S. —, 127 S.Ct. 2456, 2468, 168 L.Ed.2d 203 (2007).

**AFFIRMED.**